United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMOND JOHNSON, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:26-CV-03289 |
| LAKEVIEW LOAN SERVICING, LLC*, et al.* | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

The Order referring this case to United States Magistrate Judge Dena

Hanovice Palermo, Doc. 4, entered on April 24, 2026, is **VACATED**.

**SIGNED** at Houston, Texas, on the 28th day of April  2026.

**Nicholas J. Ganjei**
**United States District Judge**